UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DANIEL DAVIDSON

VS. C.A. No. 02-248L

STATE OF RHODE ISLAND, ET-AL

## Motion in Objection to Report and Recommendation

Now comes the Plaintiff, Daniel Davidson, and moves this Honorable Court to hear this motion in Objection, and re-open the above case for cause supported below:

(1) Service was made to the defendants in this case by,(a) Interdepartmental Mail, (b) By the United States Postal Service (c) By the hand of Officer Joseph G. Forgue Jr. and (d) By another local law enforcement Officer.

(2) Under the Federal Rules of Civil Procedures 60(b)(3), the Plaintiff is justifyed to motion for relief due to the conduct of the defendants in this case, where shown on the attached Special Investigation Unit Memorandum, legal papers were taken by the defendant Officers to not only block this action, but over 60 pages distroyed by the defendants to prevent criminal charges being filed against them.

(3) Under 60(b)(6) subsection (b), this Court has sound reasons to entertain relief and enlargement of time, and not allowing

for the defendants to abuse the judical system, or allow them to circumvent the process as they have done so far.

(4) The Plaintiff submitted a full new case to all parties so that the forms would be in proper order and some of the 60plus pages that were missing could not be replaced or found after they were taken, those forms would Identify some of the named defendants for criminal charges if not distroyed.

(5) The default motion should be held for 120 day's allowing the defendants time to respond to the new paperwork, and this action would serve in the best interest of all parties.

**Therefore** This plaintiff respectfully moves this Honorable Court to Grant the Relief requested and Re-Open this case.

Respectfully,

Daniel Davidson

**CERTIFICATE OF SERVICE**

I hereby state that a true copy of the above motion has been Mailed to the Attorney for the Parties at 40 Howard Ave. Cranston, RI 02920, and the Office of the RI Attorney General

STATE OF RHODE ISLAND * DEPARTMENT OF CORRECTIONS
MEMORANDUM

## SPECIAL INVESTIGATION UNIT

DATE: 19 November 2002 — TAKEN JUNE 2002

TO: Inmate DAVIDSON, Daniel
ID# 115598

FROM: Joseph G. Forgue, Jr.
Investigator

SUBJECT: Legal Materials

In anticipation of your request for the return of legal materials I have enclosed the entire package of original legal documents I had in my possession. I have, nor had, any other legal documents pertaining to you or your case. Any other documents are considered contraband and are part of an ongoing investigation. This includes the 3-½ inch floppy computer disk found in your possession. Regardless of what information may or may not be on that disk, the disk is contraband and you were attempting to mail it out.

If you have any other questions regarding this, feel free to contact me at 462-2282.

Joseph G. Forgue Jr.
Investigator

cc: Facility Warden
SIU File
Mr. Robert McCutchen

(1 of 1)

FROM J. FORGUE
SIU
40 HOWARD AVE

MISSING PAPERS FROM
MAY 2002 – NOV 200[illegible]
Still 6[illegible] PAGES [illegible]

A 2 6

TO:

INMATE DAVIDSON, DANIE
ID# 115598
MAXIMUM SECURITY
A2-08

62 PAGES MISSING 10-14-02 [illegible]

TO MAIL OFFICER:
THIS PACKAGE IS SUBJECT TO SEARCH.
PLEASE DO SO TO ENSURE INTEGRITY.

THANK YOU
J. FORGUE