UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DANIEL DAVIDSON )<br>)<br>v.   )<br>)<br>STATE OF RHODE ISLAND, )<br>RHODE ISLAND OFFICE OF THE )<br>ATTORNEY GENERAL, RHODE )<br>ISLAND DEPARTMENT OF )<br>CORRECTIONS, A.T.WALL, )<br>WARDEN CUDWORTH, CAPTAIN )<br>REDDY, ANN SPAULDING, OFFICE )<br>OF THE HIGH SHERIFF, )<br>OFFICER BADGE #114, AND )<br>CORRECTIONAL OFFICERS JOHN )<br>DOES 1-10 ) | C.A. No. 02-248L |

## O R D E R

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian, dated June 2, 2005, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, plaintiff's motion to reopen is denied and plaintiff's motion for entry of default is also denied.

ENTER:                                        BY ORDER:

_/s/ Ronald R. Lagueux_                       _/s/ Deputy Clerk_
Ronald R. Lagueux                             Deputy Clerk
Senior Judge
September 13, 2005