UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DANIEL DAVIDSON<br><br>v.<br><br>STATE OF RHODE ISLAND, RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL, RHODE ISLAND DEPARTMENT OF CORRECTIONS, A.T.WALL, WARDEN CUDWORTH, CAPTAIN REDDY, ANN SPAULDING, OFFICE OF THE HIGH SHERIFF, OFFICER BADGE #114, AND CORRECTIONAL OFFICERS JOHN DOES 1-10 | ) | C.A. No. 02-248L |

O R D E R

The Report and Recommendation of Senior United States Magistrate Judge Jacob Hagopian, dated June 2, 2005, hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, plaintiff's motion to reopen is denied and plaintiff's motion for entry of default is also denied.

ENTER:

Ronald R. Lagueux
Senior Judge
September 13, 2005

BY ORDER:

Deputy Clerk